IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 19-35647 |
| EP ENERGY E&P COMPANY, L.P., § | |
| § | CHAPTER 11 |
| Debtor. § | |
| § | |
| MALTSBERGER/STOREY RANCH, LLC, § | |
| *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | ADVERSARY NO. 22-3141 |
| § | |
| EP ENERGY CORPORATION, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER TERMINATING ADVERSARY PROCEEDING

For the reasons given in the Memorandum Opinion issued on this date, Adversary Proceeding 22-03142 is terminated.

This Order is stayed for 14 days under Bankruptcy Rule 7062, incorporating in part Federal Rule of Civil Procedure 62.

SIGNED 06/14/2022

Marvin Isgur
United States Bankruptcy Judge